The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

March 4, 2020

**Via ECF**
Hon. Ona T. Wang
500 Pearl Street
New York, NY 1007

**Memo Endorsed**

February 3, 2020

      Re: *Aguilar et al. v. T Bar Management et al.*
           19-cv-03867 (PAE) OTW)

Dear Judge Wang:

    The parties request an extension to provide the proposed settlement agreement. This is the parties' first request for an extension. The proposed settlement agreement was due on March 2, 2020. The parties apologize for the delay in making this request. The reason for the extension request is that the parties are still negotiating the terms of the agreement. The parties request to have until April 1, 2020 to complete the agreement.

    We appreciate the Court's consideration.

                                                        Respectfully submitted,

                                                        */s Jacob Aronauer*
                                                        Jacob Aronauer
                                                        *Attorney for Plaintiffs*

cc: **Via ECF**
     *All attorneys on record*

**Application Granted.**

**SO ORDERED.**

_____
Ona T. Wang        3/5/2020
U.S. Magistrate Judge