The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

April 7, 2020

<span style="text-align:center">**Memo Endorsed**</span>

**Via ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007

      Re: *Aguilar et al. v. T Bar Management et al.*
           19-cv-03867 (PAE) OTW)

Dear Judge Wang:

    The parties request an extension to provide the proposed settlement agreement until April 15, 2020. The parties are close to finalizing the terms of the settlement agreement as well as the *Cheeks* settlement application letter and do not anticipate any difficulties. This is the parties' second request for an extension.

    We appreciate the Court's consideration and apologize for the delay.

                                Respectfully submitted,

                                */s Jacob Aronauer*
                                Jacob Aronauer
                                *Attorney for Plaintiffs*

cc: **Via ECF**
    *All attorneys on record*

---

**Application Granted.** Parties are directed to review *Mei Xing Yu v. Hasaki Restaurant, Inc.*, 944 F.3d 395 (2d Cir. 2019) and consider whether a *Cheeks* application is necessary here.

**SO ORDERED.**

_____
Ona T. Wang              4/14/2020
U.S. Magistrate Judge