UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
WILLIAM AGUILAR, ALBERTO MORENO,                                         :
and BENNY TORRES,                                                        :     19 Civ. 3867 (PAE) (OTW)
                                                                         :
                                  Plaintiffs,                            :            ORDER
                                                                         :
                    -v-                                                  :
                                                                         :
T BAR MANAGEMENT EAST, LLC, et al.,                                      :
                                                                         :
                                  Defendants.                            :
                                                                         X
---------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On April 16, 2020, the parties submitted a proposed settlement agreement and a letter in support, in this Fair Labor Standards Act ("FLSA") and New York Labor Law action. Dkt. 32 ("Agreement"). The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay the following amounts to plaintiffs:

- William Aguilar: $17,693.50
- Alberto Moreno: $4,451.46
- Benny Torres: $10,896.70

Defendants further agree to pay $16,958.35 in attorneys' fees to plaintiffs' attorneys, Beranbaum Menken LLP and The Law Offices of Jacob Aronauer. The Agreement therefore allocates one third of the total settlement amount, net costs, to plaintiffs' counsel as attorneys' fees. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                            _Paul A. Engelmayer_
                                            Paul A. Engelmayer
                                            United States District Judge

Dated: April 21, 2020
          New York, New York